| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Cook, Deborah L | 2. Court or Organization U.S. Court of Appeals, 6th Cir | 3. Date of Report 04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 433 U.S. Courthouse 2 South Main Street Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | CollegeScholars, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | I am eligible for State of Ohio retirement benefits. |
| 2. | |
| 3. | |

RECEIVED 2008 JUN -3 A 10: 31 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real estate partnership held by Keogh | D | Int./Div. | M | W | | | | | |
| 2. Industrial building paying rent | | None | | | Sell | | N | | |
| 3. Installment note holding industrial building as collateral | E | Interest | N | V | | | | | |
| 4. National City Bank Account | A | Interest | L | W | | | | | |
| 5. Citibank NA Bank Deposit Program | C | Interest | M | T | | | | | |
| 6. Ishares MSCI EAFE Index Fund | | None | N | T | Partial Sell | 4/02 | M | F | |
| 7. Ishares MSCI EAFE Index Fund | | None | | | Partial Sell | 4/13 | K | D | |
| 8. Ishares MSCI Emerging Market | | None | M | T | Partial Sell | 9/04 | L | E | |
| 9. Ishares Trust - S&P 600 | B | Dividend | N | T | Buy | 4/02 | K | | |
| 10. S&P Midcap 400 | B | Dividend | M | T | Partial Sell | 4/13 | K | D | |
| 11. S&P Midcap 400 | | | | | Partial Sell | 6/01 | K | D | |
| 12. Vanguard Index Trust Total Stock Market ETF | D | Dividend | N | T | Buy | 3/13 | J | | |
| 13. Vanguard Index Trust Total Stock Market ETF | | | | | Partial Sell | 4/13 | K | D | |
| 14. Vanguard Index Trust Total Stock Market ETF | | | | | Buy | 9/04 | L | | |
| 15. Rydex S&P Equal Weight ETF | B | Dividend | M | T | | | | | |
| 16. Rydex ETF Trust Rydex Russell Top 50 ETF (X) | A | Dividend | | | Buy | 4/02 | M | | |
| 17. Rydex ETF Trust Rydex Russell Top 50 ETF (X) | | | | | Sell | 7/23 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rydex ETF Trust Rydex Russell Top 50 ETF (X) | | | | | Sell | 8/13 | L | B | |
| 19. IRA #1 | F | Int./Div. | P1 | T | | | | | |
| 20. -Spdr Index Shs Fds DJ Wilshire Intl Real Estate (X) | | | | | Buy | 3/13 | K | | |
| 21. -Ishares Lehman Agg Bond Fund | | | | | Partial Sell | 4/25 | N | | |
| 22. -Ishares IBOXX $ Investop Investment Grade Corp Fd (X) | | | | | Buy | 4/25 | N | | |
| 23. -Rydex S&P Equal Weight ETF | | | | | Partial Sell | 6/08 | L | D | |
| 24. -Ishares Tr MSCI EAFE Index Fd (X) | | | | | Buy | 6/08 | K | | |
| 25. -Western Asset High Income Opp Fd | | | | | | | | | |
| 26. -Barclays Bank PLC Ipath ETNS LKD MSCI India Return Index | | | | | | | | | |
| 27. -Ishares Xinhau China 25 Fund | | | | | | | | | |
| 28. -Pharmaceutical Holders Trust | | | | | | | | | |
| 29. -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 30. -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 31. -Citibank NA Bank Deposit Program | D | Interest | L | T | | | | | |
| 32. IRA #2 | E | Int./Div. | O | T | | | | | |
| 33. -Western Asset High Inc Opp Fund | | | | | | | | | |
| 34. -Ishares Lehman Agg Bond Fund | | | | | Partial Sell | 4/25 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Ishares Xinhau China 25 | | | | | Sell | 7/06 | K | E | |
| 36.   -Pharmaceutical HoldersTrust | | | | | | | | | |
| 37.   -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 38.   -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 39.   -Rydex S&P Equal Weight | | | | | | | | | |
| 40.   -Barclays Bank PLC IPath ETNS LKD MSCI India Return Index(X) | | | | | Buy | 7/06 | J | | |
| 41.   -Standard & Poors Midcap 400 Dep Rcpts Midcap SPDRS (X) | | | | | Buy | 3/13 | K | | |
| 42.   -Standard & Poors Midcap 400 Dep Rcpts Midcap SPDRS (X) | | | | | Buy | 7/06 | K | | |
| 43.   -New Ireland Fund Inc (X) | | | | | Buy | 7/06 | K | | |
| 44.   -Ishares IBOXX $ Investop Investment Grade Corp Fd (X) | | | | | Buy | 4/25 | M | | |
| 45.   -Citibank NA Bank Deposit Program | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - Collegescholars, Inc. is a charitable trust. The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

Part VII - Correction from prior year - Line 2 - The industrial building paying rent was sold in December of 2006. An installment note (Line 3) was added to the report in place of the industrial building because payments and interest are now being collected for the sale of the building.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  6/2/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544